```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 17, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE NEKILE BAKER on behalf of herself and all other similarly situated consumers,

                Plaintiff,

- against -

PENNCREDIT CORPORATION,

                Defendant.

**ORDER OF DISMISSAL**

17 Civ. 1731 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       June 16, 2017

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge